**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-39-DLB-EBA**

**KRIS BALDRIDGE** **PLAINTIFF**

**v.** **<u>JUDGMENT</u>**

**JEFF VANCE** **DEFENDANT**

* * * * * * * * * * * * * * * *

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED and ADJUDGED** as follows:

(1) **JUDGMENT** is entered **in favor of the Defendant** on Plaintiff's federal claims, which are **DISMISSED WITH PREJUDICE**;

(2) Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**;

(3) This matter is **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** judgment, and there is no just cause for delay.

This 16th day of October, 2026

**Signed By:**
***<u>David L. Bunning</u>*** DB
**Chief United States District Judge**